IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPHINE M. TRIPODI | : | CIVIL ACTION |
| | : | |
| v. | : | No. 12-4156 |
| | : | |
| NORTH COVENTRY TOWNSHIP | : | |

**ORDER**

AND NOW, this 8th day of August, 2013, it is ORDERED Defendant North Coventry Township's Motion to Dismiss Plaintiff's Complaint (Document 7) is GRANTED as to Counts IV, V, and VI of Plaintiff Josephine M. Tripodi's Complaint. Counts IV and V are DISMISSED with prejudice. Count VI is DISMISSED without prejudice to reassertion upon exhaustion of state inverse condemnation procedures.

It is further ORDERED, this Court having declined to exercise supplemental jurisdiction over Tripodi's remaining state law claims, Counts I, II, III, and VII are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

It is further ORDERED Defendant's Motion for Leave to Exceed Page Limitation (Document 6) is GRANTED.

It is further ORDERED, this Court having previously denied Plaintiff's Motion for Injunctive Relief, Defendant's Motion to Dismiss Plaintiff's Motion for Injunctive Relief (Document 12) is DENIED as moot.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, J.